IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK E. ISTVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:13cv539-CSC |
| | ) |
| PORTFOLIO RECOVERY | ) |
| ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the joint stipulation for dismissal filed on December 5, 2014 (Doc. 85), it is

**ORDERED** and **ADJUDGED** that this case be and is hereby **DISMISSED with prejudice**, each party to bear its own costs. It is further

**ORDERED** that all pending deadlines are terminated and all pending motions are hereby **DENIED** as moot.

Done this 8th day of December, 2014.

    /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE